## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANA ROUBERT** | : | **CASE ACTION NO.** |
| *Plaintiff* | : | |
| | : | **3:22-cv-00346-RNC** |
| **V.** | : | |
| | : | |
| **PEPPERIDGE FARM INC.** | : | |
| *Defendant* | : | **MARCH 30, 2023** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff and Defendant that this civil action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

**Respectfully Submitted,**

**PLAINTIFF,**
**ANA ROUBERT**

By: */s/ Matthew D. Paradisi*
Matthew D. Paradisi [ct29915]
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT  06114
Tel: 860-296-3457
Fax: 860-296-0676
mparadisi@cicchielloesq.com

**DEFENDANT,**
**PEPPERIDGE FARMS, INC.**

By: */s/ Nicole Mulé*
Nicole S. Mulé, Esq.
Kelly M. Cardin, Esq.
Ogletree Deakins Nash Smoak & Stewart P.
281 Tresser Boulevard, 6th Floor
Stamford, CT 06901
Tel: (203) 969-3109
Email: Nicole.mule@ogletree.com
Kelly.cardin@ogletree.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 30, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Matthew D. Paradisi*
Matthew D. Paradisi [ct29915]